IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-20595
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FRANCISCO VILLAREAL-GONZALEZ,
also known as Francisco Gonzalez-
Vasquez,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-98-CR-74-1
- - - - - - - - - -

June 17, 1999

Before EMILIO M. GARZA, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

Francisco Villareal-Gonzalez (Villareal) appeals from his guilty-plea conviction for illegal reentry of a deported alien, 8 U.S.C. § 1326. Villareal contends that the district court erred by failing to comply with Fed. R. Crim. P. 11(d) during rearraignment and that the failure requires that his conviction and sentence be vacated. We have reviewed the record and the briefs of the parties, and we hold that the district court's

_____

      [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

error in failing to inquire specifically whether Villareal's plea was the result of force or threats was harmless, particularly in light of the remainder of the Rule 11 colloquy.  See United States v. Johnson, 1 F.3d 299, 301-03 (5th Cir. 1993)(en banc).

AFFIRMED.